(99 South. 68)

**Ex parte John GREEK, alias LEMONS.**
(1 Div. 311.)

(Supreme Court of Alabama. Jan. 17, 1924.)

Certiorari to Court of Appeals.

Inge & Bates, of Mobile, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of John Greek, alias John Lemons, for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Greek, alias, v. State, 99 South. 67.

Writ denied.